ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

(3) The mandate shall issue in due course.

CREATIVE COMPOUNDS, LLC,
Plaintiff–Appellant,

v.

STARMARK LABORATORIES,
Defendant–Appellee.

No. 2010–1168.

United States Court of Appeals,
Federal Circuit.

July 30, 2010.

Matthew A. Rosenberg, Law Offices of Matthew A., St. Louis, MO, for Plaintiff–Appellant.

Frederick A. Tecce, McShea Tecce, P.C., Philadelphia, PA, for Defendant–Appellee.

*ORDER*

Creative Compounds, LLC, responded to the Court's July 23, 2010, order asking it to show cause why this appeal should not be dismissed as moot.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Oral argument that was scheduled for August 3, 2010 is cancelled.

(2) The appeal is dismissed as moot.

Alfred A. ANDREANO, Claimant–
Appellant,

v.

Eric K. SHINSEKI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2010–7103.

United States Court of Appeals,
Federal Circuit.

Aug. 12, 2010.

Alfred A. Andreano, Rochester, NY, pro se.

David F. D'Alessandris, Department of Justice, Michael J. Timinski, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for

failure to prosecute in accordance with the rules.

Perry J. WHITE, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2010–7088.

United States Court of Appeals, Federal Circuit.

Aug. 12, 2010.

Perry J. White, Dillons, SC, pro se.

Antonia R. Soares, Department of Justice, Washington, DC, for Respondent–Appellee.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Francis AKINRO, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2010–5122.

United States Court of Appeals, Federal Circuit.

Aug. 12, 2010.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for